DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CONNIE MARIE PEREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2870

_____

September 26, 2025

Appeal from the Circuit Court for Hillsborough County; Robin Fuson, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.